### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF LOUISIANA
### SHREVEPORT DIVISION

UNITED STATES OF AMERICA   CRIMINAL ACTION NO. 23-cr-0135

VERSUS         JUDGE DONALD E. WALTER

JOSEPH CHAD CASTILLO (01)   MAGISTRATE JUDGE HORNSBY

## O R D E R

  The Report and Recommendation of the Magistrate Judge having been considered, and the parties having waived their objections thereto;

  **IT IS ORDERED** that Defendant's guilty plea is accepted, and the Court hereby adjudges Defendant guilty of the offense charged in Count One of the Indictment.

  **THUS DONE AND SIGNED** in Shreveport, Louisiana, this 14th day of September, 2023.

            _Donald E. Walter_
            DONALD E. WALTER
          UNITED STATES DISTRICT JUDGE